**Sergei PORTNOY; et al., Plaintiffs–Appellants,**

**v.**

**UNITED STATES of America; et al., Defendants–Appellees.**

No. 06–16956.

United States Court of Appeals, Ninth Circuit.

Submitted April 4, 2007 *.

Filed April 9, 2007.

Sergei Portnoy, Woodland, CA, pro se.

Elena Portnoy, Woodland, CA, pro se.

Office of the U.S. Attorney, Audrey B. Hemesath, Esq., Mary M. Waltermire, Esq., Ann L. Kanter, Esq., Sacramento, CA, for Defendants–Appellees.

ed by 9th Cir. R. 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: O'SCANNLAIN, GRABER and BEA, Circuit Judges.

MEMORANDUM **

A review of the record and the opening brief indicates that the questions raised in this appeal are so insubstantial as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard).

Accordingly, we summarily affirm the district court's judgment.

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

